```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Nicholas Cravotta, et al,<br><br>        Defendants | Case No. **2:10-cv-02717-WBS-KJN**<br><br>**PLAINTIFF'S REQUEST AND ~~PROPOSED~~ ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: March 7, 2010<br>Time: 2:00 pm<br>Courtroom: 5 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from March 7, 2010 to April 18, 2010. The Defendants were served with Plaintiff's complaint on January 31, 2011 with an answer due on February 22, 2011. The parties joint status report is due the day Defendants answer is due.  A continuance to April 18, 2010 for the

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS

CONFERENCE

CIV: S-10-cv-02717-WBS-KJN - 1

status conference will give the Defendants ample time to answer Plaintiff's complaint and for Plaintiff and Defendants to prepare and submit a Joint Status Report.

Dated:  February 19, 2010      /s/Scott N. Johnson _____

                               Scott N. Johnson,

                               Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to April 18, 2010 at 2:00 p.m.

                       Date:  February 22, 2011

                       WILLIAM B. SHUBB
                       UNITED STATES DISTRICT JUDGE