IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,     No. 2:10-cv-02717 WBS KJN PS

   v.

NICHOLAS CRAVOTTA, Individually and as Trustee of the Cravotta-Bleau Family Trust dated September 14, 2004, et al.,

      Defendant.     <u>ORDER</u>
_____/

      On January 3, 2012, the assigned district judge referred this case to the undersigned magistrate judge pursuant to Local Rule 302(c)(21). (Order, Jan. 3, 2012, Dkt. No. 29.) In light of the referral, the undersigned sets a status (pretrial scheduling) conference in this case, which will take place on February 2, 2012. The defendants who have appeared in this case shall file status reports at least seven days prior to the status (pretrial scheduling) conference. Plaintiff filed an individual status report on December 27, 2011 (Dkt. No. 28), and may rely on that status report or file an updated status report.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    A status (pretrial scheduling) conference shall be held in this case on February 2, 2012, at 10:00 a.m., in Courtroom 25.

2. The Clerk of Court is directed to issue the undersigned's Order Setting Status Conference.

3. Defendants shall file status reports no later than January 26, 2012. Plaintiff may rely on his previously filed status report or file an updated status report.

IT IS SO ORDERED.

DATED: January 3, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE