1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT N. JOHNSON,

11            Plaintiff,                    No. 2:10-cv-02717 WBS KJN PS

12       v.

13   NICHOLAS CRAVOTTA, Individually
     and as Trustee of the Cravotta-Bleau
14   Family Trust dated September 16, 2004,
     et al.,
15
              Defendants.              ORDER
16   _____/

17           The court is in receipt of the stipulation of the parties who have appeared in the

18   action, which seeks a 60-day continuance of the status (pretrial scheduling) conference that is

19   presently set for February 2, 2012 (Dkt. No. 32).  Upon review of the stipulation, and good cause

20   appearing, the undersigned approves the stipulation and grants the continuance.

21           Accordingly, IT IS HEREBY ORDERED that:

22           1.      The status (pretrial scheduling) conference presently set for February 2,

23   2012, is continued to Thursday, March 29, 2012, at 10:00 a.m., in Courtroom 25.

24   ////

25   ////

26   ////

                                        1

1          2.       The parties who have appeared in the action shall file status reports, or a

2    joint status report if at all possible, no later than March 22, 2012.

3                IT IS SO ORDERED.

4    DATED:  January 24, 2012

5

6                                            _____

7                                            KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26