IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

     Plaintiff,                   No. 2:10-cv-02717 WBS KJN PS

     v.

NICHOLAS CRAVOTTA, Individually and as Trustee of the Cravotta-Bleau Family Trust dated September 16, 2004, et al.,

     Defendants.             <u>ORDER</u>

           /

On May 11, 2012, plaintiff filed a Notice of Settlement, which states that "the parties have settled this action" and that the parties will file dispositional documents within 20 calendar days (Dkt. No. 41).[1] In light of the Notice of Settlement, IT IS HEREBY ORDERED that:

    1.    The continued Status (Pretrial Scheduling) Conference scheduled for May 17, 2012, is VACATED.

    2.    The parties shall file dispositional documents within 20 days of the date of this order.

---

[1] This action proceeds before this court pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

3. The Order to Show Cause entered on March 20, 2012 (Dkt. No. 38) is vacated, but may be renewed if the parties fail to timely file dispositional documents.

IT IS SO ORDERED.

DATED: May 11, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2