IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

     Plaintiff,                   No. 2:10-cv-02717 WBS KJN PS

     v.

NICHOLAS CRAVOTTA, Individually and as Trustee of the Cravotta-Bleau Family Trust dated September 16, 2004, et al.,

     Defendants.             ORDER
_____/

        On May 23, 2012, plaintiff filed a Request for Dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).[1] Because no defendant has filed a proper answer or motion for summary judgment, plaintiff's Request for Dismissal was effective upon filing and without a court order. See Fed. R. Civ. P. 41(a)(1)(A)(i); see also United States v. Real Property Located at 475 Martin Lane, Beverly Hills, CA, 545 F.3d 1134, 1145 (9th Cir. 2008).

////

////

---

[1] This action proceeds before this court pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

Consistent with plaintiff's notice of voluntary dismissal, IT IS HEREBY ORDERED that:

1. Plaintiff's case is dismissed with prejudice as to all defendants.
2. The Clerk of Court is directed to close this case and vacate all dates.

IT IS SO ORDERED.

DATED: May 24, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2